**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 9 2007

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

| | | |
|---|---|---|
| ANTHONY TURNER , | ) | |
|     Petitioner, | ) | Civil Action No. 7:07-cv-00531 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNKNOWN, | ) | By: Hon. James C. Turk |
|     Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced action, which the court construed and filed as a petition for a writ of habeas

corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice and is

stricken from the active docket of the court.

The Clerk is directed to send a copy of this final order and the accompanying memorandum

opinion to the petitioner.

ENTER:     This 9th day of November, 2007.

Senior United States District Judge